IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LASHAUNTE TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 09-cv-280-JPG-CJP |
| UNION COLLECTION BUREAU, INC. | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:  September 22, 2009

**JUSTINE FLANAGAN, ACTING CLERK**

s/Brenda K. Lowe, Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
U. S. DISTRICT JUDGE